United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

               Plaintiff,

     v.

STONEWOOD GROUP, LLC,

               Defendant.

Case No.  19-cv-06418-TSH

**ORDER TO SHOW CAUSE**

As the Clerk entered Defendant's default on May 23, 2020, ECF No. 29, and there had been no further docket activity, the Court ordered Plaintiff Scott Johnson to file a status report by July 7, 2020.  ECF No. 30.  As he failed to respond, the Court **ORDERS** Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by July 27, 2020.  No chambers copy is required.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on August 6, 2020 at 10:00 a.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the Court will recommend this case be dismissed without prejudice.</u>  Thus, it is imperative the Court receive a written response by the deadline above.

     **IT IS SO ORDERED.**

Dated: July 13, 2020

THOMAS S. HIXSON
United States Magistrate Judge